UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-60149-CR-SMITH

UNITNED STATES OF AMERICA

      Plaintiff,

      v.

JIMMY METELLUS,

      Defendant.

_____/

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the Government's Sentencing Memorandum for Jimmy METLLUS (DEFENDANT).

## Background

In July 2025, ICE received information from a Border Patrol Confidential Informant that DEFENDANT was staying at a residence in Broward County. On or about August 6, 2024, ICE conducted surveillance at 742 NW 13th Terrace, Fort Lauderdale, Florida. At approximately 11:30, Officers observed DEFENDANT come out of the residence and walk around the house and then return into the house. Later that day, ICE obtained a criminal complaint from Magistrate Judge Patrick Hunt, Case No. 24-mj-6375-PMH.

On August 7, 2024, ICE reestablished surveillance at the above residence. At approximately 11:20 am, DEFENDANT came out of the residence and walk toward a vehicle. ICE confronted DEFENDANT who confirmed his identity and

- 1 -

admitted that he did not have valid documents to remain in the United States.

On that same day, ICE took DEFENDANT into custody and transported him for processing to ICE Office in Miramar, Florida. DEFENDANT, *post-Miranda,* gave a sworn signed statement admitting his identity and that he was previously removed by ICE from the United States. DEFENDANT's fingerprints were taken and submitted to the Automated Biometric Identification System (IDENT) and the Next Generation Identification System (NGI) which resulted in a positive match to DEFENDANT, a citizen of Haiti who was previously removed September 11, 2019, from the United States.

ICE reviewed copies of immigration documents contained in Jimmy DEFENDANT, Alien File (A 070660870), including his biographical information, records of encounters with ICE, photographs, and fingerprints. A review of his A-File reflected the following information:

*Conviction of Alien Smuggling Resulting in Multiple Deaths*

On September 8, 2010, in Case Number 09-CR-80066-MARRA, DEFENDANT, pursuant to a plea agreement, was convicted and sentenced for the offense of Alien Smuggling placing in jeopardy the lives of aliens, Count 1 [in violation of 8 U.S.C. 1324(a)(1)(A)(iv) & (v)(II)] and Alien Smuggling resulting in death, count 2 [in violation of 8 USC 1324(a)(1)(A)(iv) & (B)(vi)]. On September 8, 2020, DEFENDANT was initially sentenced to a term of imprisonment of 174 months. On July 22, 2011, the sentence was reduced to 138 months pursuant to Rule 35(b).

*Released from BOP into ICE Custody*

On or about July 17, 2019, Defendant completed his sentence for his Alien smuggling offenses and was subsequently release to ICE custody. On August 16, 2019, an immigration judge in Atlanta Georgia, ordered DEFENDANT removed to Haiti. On or about September 17, 2019, ERO Atlanta removed DEFENDANT to Haiti via ICE Air Charter. There is no record reflecting that DEFENDANT applied for or received permission to apply for readmission to the United States.

*Guilty Plea and PSI*

On October 11, 2024, DEFENDANT pled guilty to a single-count Indictment charging him Illegal Reentry, in violation of 8 U.S.C. § 1326(a) and (b)(2). The Presentence Investigation Report (PSI) determined Defendant's offense level to be 15, a criminal history category of II, with an advisory guideline range of 21 to 27 months [DE 24, ¶ 65]. For the reasons stated below, the Government seeks that DEFENDANT be sentenced to no less than 27 months.

## **Discussion**

On May 13, 2009, DEFENDANT was the captain of a vessel that was smuggling at least twenty-five aliens (25) from the Bahamas that capsized and sank, resulting in the death of at least ten (10) persons including a woman that was pregnant with an eight-month-old fetus. On May 18, 2009, DEFENDANT

was charged with alien smuggling in violation of 8 U.S.C. § 1324(a)(1)(A)(iv) and B(iii) and (iv). DEFENDANT ultimately pled guilty, later cooperated, and was ultimately sentenced to 138 months, that included five (5) years' supervised release. On July 17, 2019, BOP released DEFENDANT into ICE custody and was removed to Haiti on September 12, 2019.

DEFENDANT's five (5) years' supervised release initiated upon his release to ICE custody on July 17, 2019, and terminated on July 17, 2024. On August 7, 2024, Defendant was taken into custody, three weeks after his supervised release terminated. On August 7, 2024, DEFENDANT provided a sworn statement to ICE in which he admitted he entered the United States on February 1, 2024.

*Statutory Provisions for Violation of Supervised Release*

DEFENDANT was under supervised release when he arrived in the United States on February 1, 2024, in violation of his supervised release that would have subjected Defendant to maximum term of imprisonment for his Class A Felony of not more than five (5) years, 18 U.S.C. §3583(e)(3).

*Guideline Provisions for Violation of Supervised Release*

Defendant's Illegal Reentry is a Grade B violation because it involves conduct constituting a violation of Federal, State, or local offense punishable by a term of imprisonment exceeding one year, U.S.S.G. §7B1.1(a)(2).

Therefore, upon a finding of a Grade B violation, the Court would have revoked supervised release, U.S.S.G. §7B1.3(a)(1). Based upon a criminal history

category of II, the guideline imprisonment range would have been 6 to 12 months, U.S.S.G. §7B1.4(a).

## Conclusion

Defendant's underlying offense that led to his removal resulted in at least ten (10) deaths. Defendant's sentence of 138 months even considering cooperation was overly generous. Despite that benefit, Defendant chose again to violate the immigration laws of the United States. Again, Defendant was fortunate not to have been discovered to have been in violation of his supervised release until it terminated.

WHEREFORE, based on the foregoing, the Government respectfully requests that the Court sentence Defendant to no less than 27 months.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: s/ *Joseph A. Cooley*
JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No. 966460
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Tel: 954-660-5937
Fax: 954-356-7230
Email: joseph.cooley2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.

By: s/ *Joseph A. Cooley*
JOSEPH A. COOLEY
Assistant United States Attorney